IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEISHA DAWN LEBBAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-12-1237-C |
| ) | |
| GRADY COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). On December 11, 2012, Judge Purcell entered a Report and Recommendation concluding that because Plaintiff had not paid the initial filing fee as ordered, the action should be dismissed without prejudice. Plaintiff has not filed an objection.

Accordingly, the Report and Recommendation is adopted, and this action is dismissed without prejudice.

IT IS SO ORDERED this 14th day of January, 2013.

ROBIN J. CAUTHRON
United States District Judge